**Slip Op. 04-153**

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                        :
BRATSK ALUMINUM SMELTER and             :
RUAL TRADE LIMITED,                     :
                                        :
          Plaintiffs,                   :
                                        :
          and                           :
                                        :
SUAL HOLDING and ZAO KREMNY; and        :
GENERAL ELECTRIC SILICONES LLC,         :
                                        :
          Plaintiff-Intervenors,        :     Consol. Court No.
                                        :     03-00200
          v.                            :
                                        :
UNITED STATES,                          :
                                        :
          Defendant,                    :
                                        :
          and                           :
                                        :
GLOBE METALLURGICAL INC. and            :
SIMCALA, INC.,                          :
                                        :
          Defendant-Intervenors.        :
_____:

### JUDGMENT

This Court, having received and reviewed the United States International Trade Commission's ("Commission") <u>Views of the Commission</u> ("Remand Determination") in <u>Bratsk Aluminum Smelter v. United States</u>, 28 CIT ___, 2004 Ct. Int'l Trade LEXIS 70 (CIT June 22, 2004), and comments of Globe Metallurgical Inc. and SIMCALA, Inc., Defendant-Intervenors, finds that the Commission duly complied with the Court's remand order, and it is hereby

**ORDERED** that the <u>Remand Determination</u> filed by the Commission on September 15, 2004, is affirmed in its entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.


                                 /s/ Nicholas Tsoucalas
                                   NICHOLAS TSOUCALAS
                                     SENIOR JUDGE


Dated:      December 3, 2004
               New York, New York